**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1376

JASON A. MARR,

Plaintiff - Appellee,

versus

OLIVIA M. SMITH,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, District Judge.  (2:07-cv-00057-FMS)

Submitted:  August 23, 2007          Decided:  August 28, 2007

Before WILLIAMS, Chief Judge, and WILKINS and HAMILTON, Senior Circuit Judges.

Dismissed by unpublished per curiam opinion.

Olivia M. Smith, Appellant Pro Se.  Melinda Faith Seemar, STALLINGS & BISCHOFF, PC, Virginia Beach, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Olivia M. Smith appeals the district court's order remanding the civil action against her to state court for lack of subject matter jurisdiction. The district court's remand order is not reviewable. <u>See</u> 28 U.S.C. § 1447(d) (2000). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>